UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NEAL E. HAVLIK** | : | **DOCKET NO. 18-cv-0692** |
| **REG. # 24985-009** | | **SECTION P** |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court is a Motion for Summary Judgment [doc. 26] filed by plaintiff Neil E. Havlik. Havlik has filed a Federal Tort Claims Act suit based on his medical and dental care at the Federal Correctional Institution at Oakdale, Louisiana ("FCIO"), where he is still incarcerated. *See* doc. 1. The motion has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

Havlik's Motion for Summary Judgment is actually one for entry of default, based on his allegation that the government failed to timely answer his complaint. Doc. 26. As the government shows, however, its responsive pleading deadline was November 19, 2018, based on the date that the United States Attorney General was served. Docs. 15, 19. The government timely filed its answer on November 19, 2018. Doc. 24. There is thus no basis for considering default judgment in this matter and Havlik's Motion for Summary Judgment [doc. 26] must be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and

Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. See *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 6th day of March, 2019.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE