UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NEAL E. HAVLIK REG. #24985-009 | : | CIVIL ACTION NO. 2:18-cv-0692 |
| VERSUS | : | JUDGE SUMMERHAYS |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 42] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the plaintiff's Motion for Summary Judgment [doc. 26] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 25th day of March, 2019.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE