UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NEAL E. HAVLIK<br>REG. #24985-009 | : | CIVIL ACTION NO. 2:18-cv-0692 |
| VERSUS | : | JUDGE SUMMERHAYS |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 41] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order and Motion for Preliminary Injunction [doc. 21] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 3rd day of April, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE