UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NEAL E. HAVLIK<br>REG. #24985-009 | : | DOCKET NO. 18-CV-00692<br>SECTION P |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Summary Judgment [doc. 64] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 19th day of September, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**